**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ROSEMARY BLAKES,                                                                                              PLAINTIFF
ADC #705058

v.                                                       No. 3:11CV00259 JLH

JOE BAKER, Police Officer                                                                               DEFENDANT

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g).   Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 8th day of February, 2012.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE